IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MOTHER MILLER, et al.   :   CIVIL ACTION
          :
    v.      :
          :
THE GLEN MILLS SCHOOLS, et al. :   NO. 19-1292

<u>ORDER</u>

AND NOW, this 17th day of December, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants to strike and dismiss class action allegations and to dismiss, in part, plaintiffs' complaint (Doc. # 19) is GRANTED in part and DENIED in part;

(2)  the motion to strike and dismiss class action allegations is DENIED without prejudice as to plaintiffs' class action allegations under Rule 23(b)(3) of the Federal Rules of Civil Procedure;

(3)  the motion to strike and dismiss class action allegations is GRANTED as to plaintiffs' class action allegations under Rule 23(b)(2) of the Federal Rules of Civil Procedure;

(4)  the motion to dismiss plaintiffs' claims under 42 U.S.C. § 1983 in Count I of the complaint is GRANTED to the extent that plaintiffs allege violations of their rights under

the Fourth Amendment and the due process clause of the Fourteenth Amendment to the United States Constitution; and

(5)  the motion is otherwise DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                                          J.